IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NUMBER: 16-05380 BKT |
| OSCAR REYES PEREZ<br>XXX-XX-6883 | CHAPTER 7 |
| DEBTOR(S) | |

**PROPOSED AMENDED SCHEDULES F**

TO THE HONORABLE COURT:

COME(S) NOW DEBTOR(S), represented by the undersign counsel and respectfully ALLEGE(S) and PRAY(S) as follows:

1. Debtor(s) intend to amend **Schedule F** by:
    - **Including LA FAMILIA EXPRESS as unsecured debt.**

WHEREFORE, it is respectfully requested of this Honorable Court to approve the above indicated amendments.

IN SAN JUAN, PUERTO RICO, this 12 of July of 2016.

I HEREBY CERTIFY:  that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to Chapter 7 Trustee, and we sent copy of this document of this document through regular mail to Debtor(s) and all non CM/ECF participants interested parties to their address listed on the master address list.

RESPECTFULLY SUBMITTED

**/s/ RODOLFO R HERNANDEZ RAMOS**
**USDC PR 118012**
**PO Box 193997**
**San Juan, PR 00919-3997**
**Tel. 787-764-3646**
**Fax 787-764-9398**
rodolfohernandezesq@gmail.com

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **OSCAR REYES PEREZ** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO | | |
| Case number (if known) | 16-05380 | | |

■ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **DEPARTAMENTO DE HACIENDA** | Last 4 digits of account number  6883 | $4,051.70 | $4,051.70 | $0.00 |
| | Priority Creditor's Name | | | | |
| | PO BOX 9024140 | When was the debt incurred? 2001 | | | |
| | San Juan, PR 00902-4140 | | | | |
| | Number Street City State ZIp Code | As of the date you file, the claim is: Check all that apply | | | |
| | **Who incurred the debt?** Check one. | ☐ Contingent | | | |
| | ■ Debtor 1 only | ☐ Unliquidated | | | |
| | ☐ Debtor 2 only | ☐ Disputed | | | |
| | ☐ Debtor 1 and Debtor 2 only | **Type of PRIORITY unsecured claim:** | | | |
| | ☐ At least one of the debtors and another | ☐ Domestic support obligations | | | |
| | ■ **Check if this claim is for a community debt** | ■ Taxes and certain other debts you owe the government | | | |
| | **Is the claim subject to offset?** | ☐ Claims for death or personal injury while you were intoxicated | | | |
| | ■ No | ☐ Other. Specify  **TAXES** | | | |
| | ☐ Yes | | | | |

Debtor 1 **OSCAR REYES PEREZ**     Case number (if know) **16-05380**

| 2.2 | **IRS** | Last 4 digits of account number | **6883** | $14,124.24 | $0.00 | $14,124.24 |

Priority Creditor's Name
**PO BOX 7346**
**PHILADELPHIA, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred? **2006-2011**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ■ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

**TEXES**
2004 $ 417.41
2005 $ 1,978.13
2006 $ 1,437.04
2007 $ 4,492.12
2008 $ 2,131.23
2010 $ 3,668.31

---

**Part 2:** **List All of Your NONPRIORITY Unsecured Claims**

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

| 4.1 | **AIXA RODRIGUEZ VAZQUEZ** | Last 4 digits of account number | **0001** | $17,000.00 |

Nonpriority Creditor's Name
**CALLE JOSE CANDELAS NUM 1**
**SUITE 110**
**Manati, PR 00674**
Number Street City State Zip Code

When was the debt incurred? **12-2015**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **PERSONAL LOAN**

---

Debtor 1  OSCAR REYES PEREZ                                   Case number (if know)   16-05380

---

**4.2**  **ANGELO MALDONADO RODRIGUEZ**
Nonpriority Creditor's Name
HC 05 BOX 5240
Yabucoa, PR 00767
Number Street City State ZIp Code

Last 4 digits of account number   **0169**                                   **$21,391.82**

When was the debt incurred?   **2015**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

- ■ No
- ☐ Yes

■ Other. Specify   **PERSONAL LOAN**

---

**4.3**  **DISH NETWORK**
Nonpriority Creditor's Name
DEPT 0063
Palatine, IL 60055-0063
Number Street City State ZIp Code

Last 4 digits of account number   **7341**                                   **$306.92**

When was the debt incurred?   **2015**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

- ■ No
- ☐ Yes

■ Other. Specify   **UTILITY**

---

**4.4**  **DTOP**
Nonpriority Creditor's Name
PO BOX 41269
San Juan, PR 00940-1269
Number Street City State ZIp Code

Last 4 digits of account number   **6883**                                   **$3,595.00**

When was the debt incurred?   **2004 2015**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

- ■ No
- ☐ Yes

■ Other. Specify   **PENALTY DETAILED STATEMENT SEE ATTACH EXHIBIT A**

---

Debtor 1  **OSCAR REYES PEREZ**                                   Case number (if know)   **16-05380**

---

**4.5**  **FERRETERIA LOS HERMANOS**           Last 4 digits of account number  **1234**                    $1,300.00
Nonpriority Creditor's Name
**CARR 181 KM 22.8**                          When was the debt incurred?  **2015**
**BO CELADA**
**Gurabo, PR 00778**
Number Street City State ZIp Code             As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
■ Debtor 1 only                               ☐ Contingent
☐ Debtor 2 only                               ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                  ☐ Disputed
☐ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                         ■ Other. Specify  **INVOICE**

---

**4.6**  **FIRST BANK**                       Last 4 digits of account number  **1027**                    $14,798.00
Nonpriority Creditor's Name
**PO BOX 9146**                               When was the debt incurred?  **2013**
**San Juan, PR 00908**
Number Street City State ZIp Code             As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
■ Debtor 1 only                               ☐ Contingent
☐ Debtor 2 only                               ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                  ☐ Disputed
☐ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                         ■ Other. Specify  **PERSONAL LOAN**

---

**4.7**  **LA FAMILIA EXPRESS**               Last 4 digits of account number  **6883**                    $1,500.00
Nonpriority Creditor's Name
**URB. VILLA TURABO**                         When was the debt incurred?  **05-04-16**
**AVE. PINO TURABO**
**Caguas, PR 00725**
Number Street City State ZIp Code             As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
■ Debtor 1 only                               ☐ Contingent
☐ Debtor 2 only                               ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                  ☐ Disputed
☐ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                         ■ Other. Specify  **PAWN**

---

| Debtor 1 | OSCAR REYES PEREZ | Case number (if know) | 16-05380 |
|---|---|---|---|

| 4.8 | **MUNICIPIO AUTONOMO DE CAGUAS** | | $6,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 907
Caguas, PR 00726**
Number Street City State Zip Code

Last 4 digits of account number    **1304**

When was the debt incurred?    **2015**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **COMMERCIAL LEASE**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**LCDA CARMEN A DELGADO CIFUENTES
47 ESTEBAN PADILLA STE A-A
URB SANTA CRUZ
Bayamon, PR 00961**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.2** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **0169**

Name and Address
**LCDO GUARIONEX DIAZ MARTINEZ
PO BOX 1746
Juncos, PR 00777**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.2** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **0169**

---

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ | 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 18,175.94 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 18,175.94 |
| | | | | | Total Claim |
| **Total claims from Part 2** | 6f. | Student loans | 6f. | $ | 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 65,891.74 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 65,891.74 |

---

DTOP-DIS
Rev. 08/2010

Case:16-05380-BKT7   Doc#:9   Filed:07/12/16   Entered:07/12/16 14:12:36   Desc: Main
Document   Page 7 of 10

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS
DIRECTORÍA DE SERVICIOS AL CONDUCTOR
División de Vehículos de Motor




## REPORTE DE MULTAS ADMINISTRATIVAS AL CERTIFICADO DE LICENCIA DE CONDUCIR

Licencia: 1707779                        Expira: 02 jul 2021
Identificación: ssid: XXX-XX-6883
Nombre: REYES PEREZ, OSCAR
Descripción:

| Licencia | Num de Boleto | Fecha de Multa | Municipio | Dist. | Cantidad | Fecha de Transacción | Num. de Batch |
|---|---|---|---|---|---|---|---|
| 1707779 | 35912546 | 10 abr 2015 | GURABO | L | $ 50.00 | 03 dic 2015 | 0 |
| 1707779 | 33548708 | 03 sep 2013 | CAGUAS | L | $ 50.00 | 05 jun 2014 | 0 |
| 1707779 | 33548709 | 09 mar 2013 | CAGUAS | L | $ 50.00 | 05 jun 2014 | 0 |
| 1707779 | 33534456 | 12 feb 2013 | CAGUAS | L | $ 25.00 | 12 jun 2014 | 0 |
| 1707779 | 29516379 | 19 ene 2011 | SAN JUAN | L | $ 150.00 | 28 jun 2012 | 17003429 |
| 1707779 | 27002972 | 27 nov 2010 | CAROLINA | L | $ 25.00 | 01 jun 2012 | 17002427 |
| 1707779 | 27002973 | 27 nov 2010 | CAROLINA | L | $ 150.00 | 13 jun 2012 | 17002765 |
| 1707779 | 27002974 | 27 nov 2010 | CAROLINA | L | $ 25.00 | 01 jun 2012 | 17002427 |
| 1707779 | 28498615 | 07 nov 2010 | CAGUAS | L | $ 50.00 | 06 jul 2011 | 16049821 |
| 1707779 | 27525121 | 04 nov 2010 | CAGUAS | L | $ 250.00 | 29 jul 2011 | 16051389 |
| 1707779 | 28512972 | 30 sep 2010 | CAGUAS | L | $ 25.00 | 14 abr 2011 | 16042259 |
| 1707779 | 28512971 | 30 sep 2010 | CAGUAS | L | $ 250.00 | 14 abr 2011 | 16042259 |
| 1707779 | 28498377 | 07 sep 2010 | CAGUAS | L | $ 50.00 | 06 jul 2011 | 16049791 |
| 1707779 | 28498376 | 09 jul 2010 | CAGUAS | L | $ 25.00 | 18 mar 2011 | 16040242 |
| 1707779 | 28503375 | 09 jul 2010 | CAGUAS | L | $ 50.00 | 28 dic 2010 | 16036548 |
| 1707779 | 633607 | 19 mar 2009 | CAGUAS | O | $ 25.00 | 21 may 2009 | 16016536 |
| 1707779 | 633606 | 19 mar 2009 | CAGUAS | O | $ 500.00 | 21 may 2009 | 16016490 |
| 1707779 | 25575015 | 24 jul 2008 | HATILLO | L | $ 110.00 | 22 sep 2008 | 16003018 |
| 1707779 | 605691 | 25 mar 2008 | CAGUAS | O | $ 50.00 | 25 feb 2009 | 16010487 |
| 1707779 | 585134 | 15 may 2007 | CAGUAS | O | $ 50.00 | 25 ene 2008 | 9303599 |
| 1707779 | 2706719 | 12 ene 2007 | LAS PIEDRAS | L | $ 100.00 | 15 sep 2007 | 9294570 |
| 1707779 | 3147690 | 27 nov 2006 | GURABO | L | $ 50.00 | 04 sep 2007 | 9293531 |
| 1707779 | 3147689 | 27 nov 2006 | GURABO | L | $ 50.00 | 08 sep 2007 | 9293857 |
| 1707779 | 3147687 | 27 nov 2006 | GURABO | L | $ 250.00 | 08 sep 2007 | 9293857 |
| 1707779 | 3147688 | 27 nov 2006 | GURABO | L | $ 25.00 | 08 sep 2007 | 9293857 |
| 1707779 | 1888172 | 22 mar 2006 | CAGUAS | L | $ 15.00 | 08 mar 2007 | 9284837 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1707779 | 1459952 | feb 2006 | CEIBA | L | 0.00 | 16 jun 2006 | 9170265 |
| 1707779 | 1349913 | 23 dic 2005 | CAGUAS | L | $ 50.00 | 25 oct 2006 | 9178323 |
| 1707779 | 1416712 | 01 dic 2005 | GURABO | L | $ 50.00 | 25 oct 2006 | 9178323 |
| 1707779 | 1069874 | 28 sep 2005 | NAGUABO | L | $ 90.00 | 22 may 2006 | 9168168 |
| 1707779 | 687633 | 26 abr 2005 | NAGUABO | L | $ 105.00 | 09 mar 2006 | 9161728 |
| 1707779 | 687316 | 18 abr 2005 | CEIBA | L | $ 50.00 | 10 mar 2006 | 9161919 |
| 1707779 | 513729 | 23 feb 2005 | CAGUAS | L | $ 60.00 | 21 dic 2005 | 9153561 |
| 1707779 | 42694 | 16 feb 2005 | HUMACAO | L | $ 100.00 | 18 oct 2005 | 9148845 |
| 1707779 | 215662 | 26 ene 2005 | NAGUABO | L | $ 105.00 | 30 ago 2005 | 9145015 |
| 1707779 | 9220639 | 07 ago 2004 | HUMACAO | L | $ 140.00 | 16 nov 2005 | 9151344 |
| 1707779 | 6536306 | 07 ago 2004 | CEIBA | L | $ 155.00 | 07 jul 2005 | 9141580 |
| 1707779 | 9318662 | 14 jul 2004 | CAGUAS | L | $ 100.00 | 02 ago 2004 | 9116011 |

Total: 38 x 25.00

Cantidad Total: 3595

Este informe es de las multas informadas a DISCO hasta el momento de ser impreso.

Las multas en este informe NO han sido pagadas.

De existir boletos pendientes de grabar, estos apareceran en un informe futuro.

Informe preparado por:

5018-11806-10058

30 jun 2016

Cuando las multas hayan sido pagadas, un agente del Departamento de Hacienda:

- anotará la fecha
  y la cantidad pagada
- aplicará su firma
- y un sello oficial



Fecha
30 jun 2016

Firma

$3595.00
+$950.00 Intereses
$4,545

$4,545.00

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **OSCAR** / First Name | **REYES** / Middle Name | **PEREZ** / Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **DISTRICT OF PUERTO RICO** | |
| Case number (if known) | **16-05380** | |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules   12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. **Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ OSCAR REYES PEREZ**
**OSCAR REYES PEREZ**
Signature of Debtor 1

X _____
Signature of Debtor 2

Date **July 12, 2016**

Date _____

Official Form 106Dec    Declaration About an Individual Debtor's Schedules

OSCAR REYES PEREZ
PO BOX 9855
CAGUAS, PR 00726

FERRETERIA LOS HERMANOS
CARR 181 KM 22.8
BO CELADA
GURABO, PR 00778

RODOLFO HERNANDEZ RAMOS
RODOLFO R HERNANDEZ RAMOS
PO BOX 193997
SAN JUAN, PR 00919

FIRST BANK
PO BOX 9146
SAN JUAN, PR 00908

AIXA RODRIGUEZ VAZQUEZ
CALLE JOSE CANDELAS NUM 1 SUITE 10
MANATI, PR 00674

IRS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

ANGELO MALDONADO RODRIGUEZ
HC 05 BOX 5240
YABUCOA, PR 00767

JULIA RAMOS PEREZ
CALLE 13 M 25
CONDADO MODERNO
CAGUAS, PR 00725

COOPERATIVA DE AHORRO Y CREDITO ORIENTAL
PO BOX 876
HUMACAO, PR 00792

FAMILIA EXPRESS
URB. VILLA TURABO
AVE. PINO TURABO
CAGUAS, PR 00725

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN, PR 00902-4140

LCDA CARMEN A DELGADO CIFUENTES
47 ESTEBAN PADILLA STE A-A
URB SANTA CRUZ
BAYAMON, PR 00961

DISH NETWORK
DEPT 0063
PALATINE, IL 60055-0063

LCDO GUARIONEX DIAZ MARTINEZ
PO BOX 1746
JUNCOS, PR 00777

DTOP
PO BOX 41269
SAN JUAN, PR 00940-1269

MUNICIPIO AUTONOMO DE CAGUAS
PO BOX 907
CAGUAS, PR 00726

DYNAMICS PAYMENTS CORPORATION
PO BOX 6600
HAGERSTOWN, MD 21740